FILED
December 27, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____DT_____
Deputy Clerk

**United States District Court**
**Western District of Texas**
**El Paso Division**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>　Plaintiff,<br><br>v.<br><br>**YOSELLYN ORTIZ,**<br>　Defendant. | **SEALED**<br><br>**Case No: EP:23-CR-02512-KC** |

## United States' Motion to Detain Defendant Without Bond and Motion for Continuance

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and pursuant to 18 U.S.C. § 3142(e) and (f), files this, its Motion to Detain Defendant Without Bond and Motion for Continuance, and for cause, would respectfully show unto the Court the following:

1.　The Defendant has been charged by Indictment with a violation of Title 18, United States Code, Section 933(a)(1), (a)(3), and (b), Trafficking in Firearms (Count 1),.and Title 18, United States Code, Section 932(b)(1), (c)(1), Straw Purchasing of Firearms (Count 2).

2.　The Defendant is a United States citizen; however, Defendant presents a high risk of fleeing the jurisdiction to avoid prosecution on this charge.

3.　There are no conditions or combination of conditions which will reasonably assure the safety of the community should the Defendant be released on bond.

4.　There are no conditions or combination of conditions which will reasonably assure the appearance of the Defendant at future court settings.

The Government would further move the Court for a three day continuance of the detention hearing from the date of the initial appearance.

WHEREFORE, premises considered, the Government respectfully prays the Court to hold the above-named Defendant without bail pending the final outcome of this case.

         Respectfully submitted,

         JAIME ESPARZA
         UNITED STATES ATTORNEY

By: _/s/ Debra P. Kanof_ for
         MICAELA GLASS
         Assistant U.S. Attorney
         Texas Bar #24115343
         700 E. San Antonio, Suite 200
         El Paso, Texas 79901
         (915) 534-6884