FILED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. EP: 23-CR-02512-KC |
| Plaintiff, | **INFORMATION** |
| v. | |
| YOSELLYN ORTIZ, | CT 1: 18 U.S.C. § 932(b)(1) and (c)(1)) – Straw Purchasing of Firearms for or on behalf of a Prohibited Person |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT ONE</u>
(18 U.S.C. § 932(b)(1) and (c)(1)) – Straw Purchasing of Firearms)

Beginning on or about October 6, 2023, and continuing until on or about October 18, 2023, in the Western District of Texas, Defendant,

**YOSELLYN ORTIZ,**

did knowingly purchase firearms, to wit:

(1) a Glock, model 17, 9mm handgun;

(2) a Glock, model 44, .22 caliber handgun;

(3) an Umarex/Beretta, model 92FSR, .22 caliber handgun;

(4) a Glock, model 43X, 9mm handgun;

(5) a Glock, model G48 MOS, 9mm handgun;

(6) a Glock, model 17, 9mm handgun;

(7) a Glock, model 17Gen3, 9mm handgun;

(8) a Glock, model 17Gen4, 9mm handgun;

(9) a Taurus, model TX22, .22 caliber handgun;

(10)     a Glock, model 44, .22 caliber handgun;

(11)    a Smith & Wesson, model M&P9, 9mm handgun;

(12)    a Smith & Wesson, model M&P9, 9mm handgun;

(13)    a Glock, model G44, .22 caliber handgun;

(14)    a Glock, model 43X, 9mm handgun; and

(15)    a Glock, model 44, .22 caliber handgun;

in or otherwise affecting interstate or foreign commerce, for, on behalf of, or at the request or demand of **RAUL MANUEL CHAVEZ**, knowing or having reasonable cause to believe that **RAUL MANUEL CHAVEZ** had previously been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year; or did conspire to do so, in violation of Title 18, United States Code, Section 932(b)(1) and (c)(1)).

Respectfully submitted,

JAIME ESPARZA
UNITED STATES ATTORNEY

By: _____
MICAELA L. GLASS
Assistant U.S. Attorney
Texas Bar #24115343
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-3236